IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD HUGHES,

    Plaintiff,                       No. 2:11-cv-00530-DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS
AND REHABILITATION, et al.,

    Defendants.               ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. As indicated in the order filed October 16, 2012 order, the court has determined that plaintiff had stated a cognizable Eighth Amendment medical care claim against defendants Lawrence Fong, Dr. Malet, Dr. S. Awattani and M. Street. Plaintiff was ordered to submit a USM-185 form for each of the defendants, a summons and copies of his amended complaint. Before the court is plaintiff's November 13, 2012 request for an extension of time to comply with the court's October 16, 2012 order. In addition, plaintiff requests that the court once again provide him with the documents required in order for the defendants to be served. In his motion plaintiff explains that he has recently been transferred to a different prison and currently has no access to his legal materials. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's November 13, 2012 motion for an extension of time (Doc. No. 25) is granted;

2. The Clerk of the Court is directed to re-serve plaintiff with the court's October 16, 2012 order (Doc. No. 24), four USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 11, 2011;

3. Plaintiff is granted thirty days from the date of this order in which to submit the Notice of Submission of Documents and the documents necessary for service pursuant to the court's October 16, 2012 order.

DATED: November 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
hugh0530.36usm