UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>     Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,<br><br>     Defendants. | No. 2:11-cv-00530 GEB DAD P<br><br><br>ORDER |

By an order filed July 3, 2013, this court directed the United States Marshal to serve all process without prepayment of costs. On October 23, 2013, the Marshal returned the summons and amended complaint indicating personal service on defendant Malet had been executed. Defendant Malet, although properly served,[1] had not yet filed a responsive pleading. The other three defendants in this action have responded, filing a motion to dismiss on September 17, 2013. (ECF No. 43.)

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of service of this order, counsel for defendants Street, Fong and Awatani shall inform the court

/////

---

[1] Court records indicate that defendant Malet was personally served on October 22, 2013. (ECF No. 45.) In addition, the U.S. Marshal has requested reimbursement for serving defendant Malet.

1

whether the Attorney General's Office also intends to represent defendant Malet and whether defendant Malet will join in the pending motion to dismiss.

Dated: November 13, 2013

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hugh530.77mod